IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JANE DOE (A.S.), | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| WYNDHAM HOTELS AND RESORTS; *Et Al.*, | ) ) ) ) |
| Defendants. | ) Civil Action No. 6:23-CV-033-C |

**RULE 54(b) JUDGMENT**

In accordance with the Court's Orders of even date finding that Defendant Choice Hotels International, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint should be GRANTED,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant Choice Hotels International, Inc. are **DISMISSED WITH PREJUDICE**. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b) as to these Parties and claims only.

Signed this 10th day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE