IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JANE DOE (A.S.), | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| WYNDHAM HOTELS AND RESORTS; Et Al., | ) ) ) ) |
| Defendants. | ) Civil Action No. 6:23-CV-033-C |

**RULE 54(b) JUDGMENT**

In accordance with the Court's Orders of even date finding that Defendant Pristine Hospitality, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint should be GRANTED,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant Pristine Hospitality, Inc. are **DISMISSED WITH PREJUDICE**. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b) as to these Parties and claims only.

Signed this 10th day of June, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE