IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JANE DOE (A.S.), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYNDHAM HOTELS AND RESORTS; )<br>*Et Al.*, )<br>)<br>Defendants. ) | Civil Action No. 6:23-CV-033-C |

# **ORDER**

The Court notes that the Plaintiff filed a Notice of Voluntary Dismissal on July 09, 2024, as to Defendants Gurkarn Diamond Hotel Corporation, Inn of the West LLC, VHGI, Inc., Red Lion Hotel Corporation and Bankhead Hotels, LLC. As such, the claims asserted in the above-styled and -numbered civil action against Defendants Gurkarn Diamond Hotel Corporation, Inn of the West LLC, VHGI, Inc., Red Lion Hotel Corporation and Bankhead Hotels, LLC, are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and with each Party to bear their own costs.

SO ORDERED this 10th day of July, 2024.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE